IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **HORACE J. GRIFFIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **04-110-DRH** |
| | ) | |
| **GUY D. PIERCE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is "Plaintiff's Stause [sic] Motion."  **(Doc. 46).**  The motion does not request anything of the Court.  Rather, it explains that prison officials have allegedly taken plaintiff's legal books and papers in order to interfere with plaintiff prosecuting an action that is pending in the Central District of Illinois.  If plaintiff perceives that his constitutional rights have been violated, he needs to file another law suit.

**IT IS HEREBY ORDERED** that "Plaintiff's Stause [sic] Motion" **(Doc. 46)** is **STRICKEN**, as it is not a motion.

**IT IS SO ORDERED.**

DATED:  April 25, 2005

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**