IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HORACE J. GRIFFIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **04-110-DRH** |
| ) | |
| **GUY D. PIERCE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Statuse [sic] Motion." **(Doc. 49).** Plaintiff explains that he is being denied access to the prison law library. He contends the warden of Hill Correctional Center is violating his First Amendment right to access the courts. Plaintiff indicates that he has filed grievances regarding this issue, but he requests that the Court order the warden of Hill Correctional Center allow him access to the prison law library.

It appears that plaintiff is properly pursuing administrative remedies. If plaintiff is ultimately dissatisfied with the administration's response, he is free to file suit. The Court also notes that the warden of Hill Correctional Center is not a defendant to this action, so the Court lacks jurisdiction to order the warden to permit plaintiff access to the law library.

**IT IS HEREBY ORDERED** that plaintiff's "Statuse [sic] Motion" **(Doc. 49)** is therefore **DENIED** in all respects.

**IT IS SO ORDERED.**

**DATED:** April 25, 2005

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**