IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **HORACE J. GRIFFIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **04-110-DRH** |
| | ) | |
| **GUY D. PIERCE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Statuse [sic] Motion" regarding Hill Correctional Center officials allegedly denying him access to the prison law library and his legal materials in retaliation for his legal activities.  **(Doc. 50).**   Plaintiff explains that he is being denied access to the prison law library.  He contends officials at Hill Correctional Center are violating his First Amendment right to access the courts.

Other "motions" filed by plaintiff have indicated that he is properly pursuing administrative remedies.  If plaintiff is ultimately dissatisfied with the administration's response, he is free to file suit.  The Court also notes that the Court must have personal and subject matter jurisdiction over an individual or entity in order to direct that person or entity to do or not do something.  Plaintiff has not indicated that any of the named defendants are interfering with his prosecuting this specific case.

**IT IS HEREBY ORDERED** that plaintiff's "Statuse [sic] Motion" **(Doc. 50)** is therefore **DENIED** in all respects.

**IT IS SO ORDERED.**

1

**DATED: April 25, 2005**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U. S. MAGISTRATE JUDGE**