IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HORACE J. GRIFFIN,**

    **Plaintiff,**

v.

**GUY D. PIERCE, et al.,**

    **Defendants.**                                  **Case No. 04-CV-110-DRH**

## ORDER

**HERNDON, District Judge:**

        Now before the Court is Plaintiff's Motion for Extension of Time (Doc. 86) to file his Objections to the Report & Recommendations ("R&R") (Doc. 83). Plaintiff's objections were originally due to be filed by March 7, 2006. (*See* Doc. 83.) However, as Plaintiff explains in his instant motion, he did not receive a copy of the R&R until March 1, 2006, and given his limited access to the law library at the correctional facility where he is housed, he requires additional time to properly prepare his objections. (*See* Doc. 86, p. 2.) The Court hereby **GRANTS** Plaintiff's Motion for Extension of Time. (Doc. 86.) Accordingly, Plaintiff has until **Tuesday, March 21, 2006,** to file his Objections to the R&R.

        **IT IS SO ORDERED.**

        Signed this 7th day of March, 2006.

                                                      /s/        David  RHerndon
                                                      **United States District Judge**